No. 99–2086. Chmura, Judge, 37th District Court of Michigan v. Michigan Judicial Tenure Commission. Sup. Ct. Mich. Certiorari denied.

No. 99–2088. New Hampshire Hemp Council, Inc., et al. v. Marshall, Acting Administrator, Drug Enforcement Administration. C. A. 1st Cir. Certiorari denied.

No. 99–2089. Howard et al. v. America Online, Inc., et al. C. A. 9th Cir. Certiorari denied.

No. 99–2091. National Loan Investors, L. P. v. Town of Orange et al. C. A. 2d Cir. Certiorari denied.

No. 99–2092. Dicter v. United States. C. A. 11th Cir. Certiorari denied.

No. 99–6681. Gibson v. United States; and
No. 99–7169. Cook v. United States. C. A. 4th Cir. Certiorari denied. Reported below: 187 F. 3d 631.

No. 99–8243. Petty v. Card, Superintendent, Tipton Correctional Center. C. A. 8th Cir. Certiorari denied.

No. 99–8572. Estrada v. Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 99–8618. Kaplan v. United States. C. A. 5th Cir. Certiorari denied.

No. 99–8634. Delgado-Cuevas v. United States. C. A. 9th Cir. Certiorari denied.

No. 99–8667. Abernathy v. United States. C. A. 5th Cir. Certiorari denied.

No. 99–8701. May v. United States. C. A. 6th Cir. Certiorari denied.

No. 99–8794. Rubi Ibarra v. Texas. Ct. Crim. App. Tex. Certiorari denied.